# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JIMMIE REED,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION 1:22-00281-KD-B** |
| ) | |
| **ANDRE AVILES,** *et al.,* ) | |
|     **Defendants.** ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 18, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's motion to remand (Doc. 3) is **GRANTED**, Plaintiff's request for attorney's fees and costs incurred in seeking remand is **DENIED**, and that this action is **REMANDED** to the Circuit Court of Mobile County, Alabama from whence it came.

**DONE** and **ORDERED** this the **14th** day of **September 2022.**

            /s/ Kristi K. DuBose
            **KRISTI K. DuBOSE**
            **UNITED STATES DISTRICT JUDGE**